**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 3 EM 2020
: 
Respondent  :
: 
: 
v.  :
: 
: 
CHARLES DAVIS,  :
: 
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 5 days.